

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00309-CR

Ernest Ray Longoria III
v.
The State of Texas

On Appeal from the
36th District Court of Aransas County, Texas
Trial Court Cause No. A-22-5055-CR

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, in accordance with its opinion.

We further order this decision certified below for observance.

July 25, 2024